# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES DAWSON ANDERSON**　　　　　　　　　　　　　　　**PLAINTIFF**
ADC # 131684

v.　　　　　　　　　No. 4:22-cv-00587-DPM

**CLAYTON DILLION**, K-9 Unit Officer,
Hazen Police Department;
**TEDDY WALKER**, Officer,
Hazen Police Department;
**BRADLEY TAYLOR**, Chief of Police,
Hazen Police Department　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

1. Anderson hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 22 September 2022. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(2).

2. The Court directs the Clerk to mail Anderson an application to proceed *in forma pauperis*. If the Court grants Anderson permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 August 2022