# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JAMES DAWSON ANDERSON
ADC #131684                                                                          PLAINTIFF

v.                          No. 4:22-cv-587-DPM

CLAYTON DILLION, K-9 Unit
Officer, Hazen Police Department;
TEDDY WALKER, Officer, Hazen
Police Department; and BRADLEY
TAYLOR, Chief Police Officer,
Hazen Police Department                                                            DEFENDANTS

## ORDER

The time to reopen the case has passed. *Doc. 4.* The Court lifts the stay and will dismiss the case without prejudice for failure to prosecute.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 November 2023