IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES DAWSON ANDERSON
ADC #131684                                                            PLAINTIFF

v.                        No. 4:22-cv-587-DPM

CLAYTON DILLION, K-9 Unit
Officer, Hazen Police Department;
TEDDY WALKER, Officer, Hazen
Police Department; and BRADLEY
TAYLOR, Chief Police Officer,
Hazen Police Department                                                DEFENDANTS

## JUDGMENT

Anderson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 November 2023